No. 40203.— Protests 943720–G, etc., of American Merchandise Co., Inc., et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of savings banks similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 40204.—Protests 965142–G, etc., of F. C. G. Importers, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pourers to be placed on the neck of the bottle to assist and aid in pouring the contents therefrom and that they are used chiefly for utilitarian purposes in the kitchen, household, or on the table. The claim at 40 percent under paragraph 339 was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 21, 1938

No. 40205.—Petitions 5620–R, etc., of Pacific Grain Co. (Noyes).

Opinion by KEEFE, J. From the evidence submitted the court was unable to find that the importer was without any intention to defraud. The petition was denied on the authority of *Schrikker* v. *United States* (13 Ct. Cust. Appls. 562, T. D. 41433), *Wolf* v. *United States* (id. 589, T. D. 41453) and *Lowe* v. *United States* (15 id. 418, T. D. 42590).

BEFORE THE FIRST DIVISION, DECEMBER 22, 1938

No. 40206.—Protests 941651–G, etc., of Alviri, Inc., et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.